CORPORATION v CITY OF ROMULUS. (Docket Nos. 57857, 57936, 57937.) Rehearing denied. *Barris, Sott, Denn & Driker* for plaintiff-appellee Avis Rent-A-Car System, Inc. *Goodenough, Smith & May* for plaintiff-appellee The Hertz Corporation. *Miller, Canfield, Paddock & Stone* for defendant-appellant Romulus Community Schools. Reported at 400 Mich 337.

F J SILLER & COMPANY v CITY OF HART. (Docket No. 58318.) Rehearing denied. *Allaben, Massie, Vander Weyden & Timmer* for plaintiff-appellee. *Sikkenga, Prince, Barecki & Nicholas* for defendant-appellant. Reported at 400 Mich 578.

FORD MOTOR COMPANY v STATE TAX COMMISSION. (Docket No. 57787.) Rehearing denied. *F. A. Stocking* and *Loren M. Opper* for plaintiff-appellee. *Dickinson, Wright, McKean, Cudlip & Moon* for defendant-appellant City of Highland Park. *Miller, Canfield, Paddock & Stone* for defendant-appellant Highland Park School District. Reported at 400 Mich 499.

AUGUST 31, 1977

RENFRO v FIRST DISTRICT JUDGE. (Docket No. 58476.) The motion by plaintiff-appellant for reconsideration of this Court's order of May 25, 1977, is considered, and the motion is denied, because it does not appear that said order was entered erroneously. Further pleadings filed in this cause by the plaintiff-appellant's attorney shall be considered vexatious. *Carl L. Rhoads,* for plaintiff-appellant. *Michael L. LeBeau,* Prosecuting Attorney, and *Robert W. Kehres,* Assistant Prosecuting Attorney, for defendant-appellee. Case below, Court of Appeals No. 27733, order of April 26, 1976.

PEOPLE v KEHOE. (Docket No. 59644.) Request for appointment of counsel denied. Thomas F. Kehoe, *in propria persona,* appellant. Case below, Court of Appeals No. 27244, per curiam opinion of March 25, 1977.